MICHAEL SHANLEY COMPANY, INC., Appellant, v. ROBERT C. BEERY, Appellant, Impleaded with STUYVESANT REAL ESTATE COMPANY and Others, Respondents.— Judgment unanimously affirmed, with costs, on the grounds: (1) Plaintiff has failed to prove title to the property (*Miller* v. *Long Island Railroad Co.*, 71 N. Y. 380; *Kennedy* v. *Mineola, H. & F. Traction Co.*, 77 App. Div. 484; note to Abbott's Trial Evidence, p. 1373, citing *Greenleaf* v. *B., F. & C. I. R. R. Co.*, 132 N. Y. 408; 141 id. 395); (2) the tax lease was not void; (3) conceding plaintiff's claim that the property mentioned in the tax lease is unidentified with the property described in the complaint would leave the instrument from Lester to Stuyvesant Real Estate Company as an absolute grant, under which Stuyvesant Real Estate Company entered adversely to the title, with adverse possession for over twenty years; (4) the deed from O'Hare to plaintiff is void under section 260 of the Real Property Law. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

OSCAR A. WAKEFIELD, Respondent, v. C. BOWMAN BROWN and Another, Individually and as Administrators, etc., of LEANDER BROWN, Deceased, Appellants, and Others, Defendants.— Judgment reversed on the law and the facts and complaint dismissed, with costs. In our opinion, the option to purchase was never exercised by Scott, and Scott's offer to purchase by a different description contained in a contract proposed by him was never executed or accepted by the seller. There was, therefore, no meeting of the minds upon the essential elements of a contract and no enforcible contract was ever made. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur. Settle order on notice.

ALFRED A. WALTER, Appellant, v. GWENDOLYN WALTER, Respondent.— Judgment modified by striking therefrom the words "on the merits," and as so modified unanimously affirmed, without costs. In view of this determination the findings of fact and the conclusion of law as to the merits are struck out. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ. Settle order on notice.

JANE WARD, Respondent, v. BANK OF MANHATTAN TRUST COMPANY, Successor to BANK OF THE MANHATTAN COMPANY, Appellant.— Order of Appellate Term affirming judgment and order of the Municipal Court, Borough of Queens, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

EDITH YOUNGS and Another, Respondents, v. JENNIE WELSH, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Appeal " from the order of this Court denying the motion of the defendant to set aside the verdict of the jury and for a new trial " dismissed. There is no such order in the record. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.